UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANG W. MENDY, | CASE NO. 22-CV-01426-LK |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO UPDATE ADDRESS |
| v. | |
| TRACY L. LARSON, et al., | |
| Defendants. | |

This matter comes before the Court sua sponte. On December 7, 2022, mail addressed to *pro se* Plaintiff Sang Mendy was returned as undeliverable. Dkt. No. 18. It thus appears that Mr. Mendy has not kept his address updated with the Court. The Local Civil Rules require him to do so:

> A party proceeding pro se shall keep the court and opposing parties advised as to his or her current mailing address and, if electronically filing or receiving notices electronically, his or her current email address. If mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is returned by the internet service provider, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute.

ORDER DIRECTING PLAINTIFF TO UPDATE ADDRESS - 1

1 | LCR 41(b)(2). The Court therefore orders Mr. Mendy to update his address on or before December
2 | 27, 2022, or this action shall be dismissed without prejudice for failure to prosecute. Further, the
3 | Clerk is directed to send a copy of this Order to Mr. Mendy via the email address he lists in his
4 | complaint. Dkt. No. 4 at 11.
5 | Dated this 13th day of December, 2022.

*Lauren King*
Lauren King
United States District Judge

ORDER DIRECTING PLAINTIFF TO UPDATE ADDRESS - 2