UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANG W. MENDY,<br><br>                Plaintiff,<br><br>   v.<br><br>TRACY L. LARSON, et al.,<br><br>                Defendants. | CASE NO. 22-CV-01426-LK<br><br>ORDER EXTENDING ANSWER DEADLINE |

      This matter comes before the Court on Defendants Northwest Security Services and American Security Programs' motion for extension of time to file an answer. Dkt. No. 17. They ask the Court to extend the answer deadline to January 9, 2023. *Id.* at 1.

      Under Federal Rule of Civil Procedure 6(b)(1)(A), the Court may extend this deadline upon a showing of good cause where, as here, the moving party makes its request before the original time for answering the complaint expires. *See also Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (a request for an extension of time made before the deadline expires should be granted in the absence of bad faith by the moving party or prejudice to the adverse party). Defendants contend that good cause for an extension exists because they need more time "to clarify

critical details such as employment status of the individual defendant Tracy Larson, entity ownership information, and indemnification." Dkt. No. 17 at 3. An extension will also advance judicial economy because, as Defendants assert, such will prevent future briefing "regarding motions to amend an answer as additional information becomes available." *Id*. They aver that this request is made in good faith and argue that Plaintiff Sang Mendy will not be prejudiced by an extension because "this case is in its infancy and Defendant Tracy Larson has not yet been served." *Id*. Mr. Mendy has not filed a response. *See* LCR 7(b)(2) ("[I]f a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit.").

Finding good cause, the Court GRANTS Defendants' motion. Dkt. No. 17. The answer deadline is extended to January 9, 2023.

Dated this 19th day of December, 2022.

*Lauren King*

Lauren King
United States District Judge

ORDER EXTENDING ANSWER DEADLINE - 2