# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SANG W. MENDY,<br><br>                Plaintiff,<br>  v.<br><br>TRACY L. LARSON et al.,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:22-cv-01426-LK |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

      For the reasons set forth in the Court's September 2, 2025 Order, Dkt. No. 176, judgment is entered in favor of Defendants and against Plaintiff.

      Dated September 2, 2025.

                                            Ravi Subramanian<br>
                                            Clerk of Court

                                            */s/Natalie Wood*<br>
                                            Deputy Clerk